UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ, ) | 1:04-CV-05531-REC-WMW-HC |
|     Petitioner, ) | ORDER DENYING MOTION FOR EXTENSION OF TIME |
| v. ) | |
| A. K. SCRIBNER, ) | ORDER DENYING MOTION TO APPOINT COUNSEL |
|     Respondent. ) | (DOCUMENT #20) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 22, 2005, petitioner filed a motion to extend all of his pending court deadlines. There are no current pending deadlines for petitioner in this action. Furthermore, when petitioner requests an extension of time, he must specify which deadline he wishes to extend. Therefore, petitioner's motion shall be denied.

Petitioner has also requested appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the

appointment of counsel at the present time. Therefore, petitioner's request for appointment of counsel shall be denied.

In accordance with the above, IT IS HEREBY ORDERED:

1. Petitioner's motion for extension of time is DENIED; and

2. Petitioner's motion for appointment of counsel is DENIED.

IT IS SO ORDERED.

**Dated:   October 10, 2005**                     **/s/  William M. Wunderlich**
bl0dc4                                             UNITED STATES MAGISTRATE JUDGE