**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANDREW R. LOPEZ**, | CV F 04-5531 OWW WMW HC |
| Petitioner, | ORDER GRANTING RESPONDENT'S REQUEST TO FILE SUPPLEMENTAL ANSWER AND GRANTING PETITIONER LEAVE TO FILE SUPPLEMENTAL TRAVERSE; ORDER DENYING PETITIONER'S MOTION TO DISMISS RESPONDENT'S MOTION AND DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| **WARDEN, CALIFORNIA STATE PRISON AT CORCORAN,** | |
| Respondent. | |
| | [Doc. 16, 23 ] |

Petitioner is a state prisoner proceeding pro se in a petition for writ of habeas corpus pursuant to 28 U.S.C. section 2254. On August 8, 2005, Respondent filed an application for leave to file a supplemental answer. Good cause appearing, that request is HEREBY GRANTED. The Clerk of the Court SHALL FILE Respondent's supplemental answer, found as attachment 1 to document 19. Petitioner is GRANTED thirty (30) days from the date of service of this order within which to file a supplemental traverse, addressing only the new issues raised in the supplemental answer.

On October 24, 2006, Petitioner filed a motion for dismissal of "Respondent's motion to dismiss" and for appointment of counsel.  Respondent has not filed a motion to dismiss in this action.  Accordingly, Petitioner's motion to dismiss Respondent's motion is DENIED as moot.  Petitioner's request for appointment of counsel is DENIED for the reasons previously stated in the court's order of August 24, 2004.

IT IS SO ORDERED.

**Dated:   November 6, 2006**          **/s/  William M. Wunderlich**
bl0dc4                                              UNITED STATES MAGISTRATE JUDGE