**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **ANDREW R. LOPEZ**, | ) | CV F 04-5531 LJO  WMW HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING |
| | ) | FINDINGS AND |
| | ) | RECOMMENDATIONS RE |
| **WARDEN, CALIFORNIA STATE** | ) | PETITION FOR WRIT OF |
| **PRISON AT CORCORAN,** | ) | HABEAS CORPUS |
| | ) | |
| | ) | |
| Respondent. | ) | [Docs. 27, 28 ] |
| | ) | |
| | ) | |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se in a petition for writ of habeas corpus pursuant to 28 U.S.C. section 2254.

On January 19, 2007, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. Petitioner filed objections on February 7, 2007.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has

conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED that:

1. The findings and recommendations issued by the Magistrate Judge on January 19, 2007, are a adopted in full;
2. The Petition for Writ of Habeas Corpus is denied;
3. The Clerk of the Court is directed to enter judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:   February 26, 2007**          /s/ Lawrence J. O'Neill
b9ed48                                           UNITED STATES DISTRICT JUDGE